

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD 0927-09

### RICHARD CISNEROS, JR., Appellant

#### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

**PER CURIAM. MEYERS, J. dissented.**

We have determined that our decision to grant the appellant's petition was improvident.

Therefore, the petition is dismissed.

Delivered: October 12, 2011
Publish